COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER

Cause No.   01-12-0406-CV; *Woody K. Lesikar, Individually and as Trustee of the Woody K. Lesikar Special Trust and as Trustee of the Woodrow V. Lesikar Family Trust, Appellant v. Carolyn Ann Lesikar Moon, Individually and as Trustee of the Carolyn Ann Lesikar Moon Special Trust, Appellee*

Date motion filed:   June 24, 2014

Type of motion:   Motion for rehearing

Party filing motions:   Appellant

         The Court requests a response to the motion for rehearing.  *See* TEX. R. APP. P. 49.2. The response, if any, should be filed by July 16, 2014.

Judge's signature:   /s/ Jane Bland
                     Jane Bland
                     Justice, acting individually

                     Panel consists of Justices Bland, Sharp, and Massengale.

Date:   July 10, 2014